IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES H. SHELTON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV738 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | STIPULATION AND MOTION |
| | ) | FOR DISMISSAL WITH |
| Defendant. | ) | PREJUDICE |
| | ) | |

Come now the Plaintiff and the Defendant and hereby stipulate, agree, and move that the above-captioned case be dismissed with prejudice, each party to bear their own costs, and complete record waived.

Dated this 5th day of March, 2008.

| | |
|---|---|
| JAMES H. SHELTON, Plaintiff | UNITED STATES OF AMERICA, Defendant |
| | |
| | By:   JOE W. STECHER |
| | United States Attorney |
| | |
| By:   s/ E. Terry Sibbernsen | And:   s/ Paul D. Boeshart |
| E. TERRY SIBBERNSEN, # 13826 | PAUL D. BOESHART, # 10365 |
| ANDREW D. SIBBERNSEN #22969 | Assistant U.S. Attorney |
| SIBBERNSEN & STRIGENZ, P.C. | 487 Federal Building |
| 1111 N. 102nd Court, #330 | 100 Centennial Mall North |
| Omaha, NE 68114 | Lincoln, NE  68508-3865 |
| (402) 493-7221 | Tel:  (402) 437-5241 |
| E-mail:  eterrysibb@aol.com | Fax:  (402) 437-5390 |
|            adsibbernsen@excite.com | E-mail:  paul.boeshart@usdoj.gov |

CERTIFICATE OF SERVICE

      I hereby certify that on March 5, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    E. Terry Sibbernsen
    Andrew D. Sibbernsen

and hereby certify that I have mailed by United States Postal Service, postage prepaid, the document to the following non CM/ECF participants: N/A.

                                                 s/ Paul D. Boeshart
                                               PAUL D. BOESHART
                                               Assistant U.S. Attorney